**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**
**CASE NUMBER: 2:20-CV-02962-DCN**

| | |
|---|---|
| Nautilus Insurance Company,<br><br>                            Plaintiff,<br><br>v.<br><br>Craig Elwood, George Christodal, NC Trailer Park, LLC, Ekaterina Al Quzza, Samuel King, III, Angela King, and Heather Shaw,<br><br>                            Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

The undersigned, as attorney for the Plaintiff herein, hereby stipulates, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the Complaint be dismissed, **without prejudice.**

                                                                         MURPHY & GRANTLAND, P.A.

                                                                         s/J.R. Murphy
                                                                         J.R. Murphy, Esquire
                                                                         Fed I.D. No. 3119
                                                                         Murphy & Grantland, P.A.
                                                                         P.O. Box 6648
                                                                         Columbia, South Carolina 29260
                                                                         (803) 782-4100
                                                                         Attorneys for Plaintiff

Columbia, South Carolina
September 24, 2020